HELEN C. JUDGE, Respondent, v. ADOLPHE A. GAZAN and WINIFRED GAZAN, Appellants.— Judgment reversed and new trial granted, costs to abide the event, on the ground that there is no legal evidence of the existence or character of the restrictions which are claimed to cover this property. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ARTHUR W. MACKRELL, Respondent, v. CALMAN S. APPEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

FRANK OBSZLEGER, as Administrator, etc., of ALEXANDER OBSZLEGER, Deceased, Appellant, v. WILLARD C. IRMSCHER, Respondent.— Order modified by awarding plaintiff a counsel fee of $300 in addition to the amounts already allowed; and as modified affirmed, without costs. No opinion. Blackmar, P. J., Rich, Putnam, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BOYD H. WOOD COMPANY, Appellant.— Judgment of conviction by the City Magistrates' Court affirmed. No opinion. Blackmar, P. J., Rich, Putnam, Jaycox and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLPH ROTHEL, Appellant.— Judgment of conviction by the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SUSIE CHURCH HOLLIDAY, Appellant, v. FREDERICK SHERWOOD and MARIANA H. SHERWOOD, Respondents.— In view of the fact that the petitioner is the grandmother of the infants, and their only living relative in this country except an uncle who also joins in the petition, and in view of the fact that her means are amply sufficient to insure the proper care, maintenance and support of the infants, and the statement contained in her petition " that it is your petitioner's intention as well as the intention of your petitioner's son to make said infants their beneficiaries by will," we think it is for the best interests of the infants that their custody be awarded to the petitioner. The order is, therefore, reversed, without costs. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SUSIE CHURCH HOLLIDAY, Appellant, v. FREDERICK SHERWOOD and MARIANA H. SHERWOOD, Respondents.— In view of the fact that there was no evidence taken at Special Term on the original return to the writ, this court is of opinion that instead of a final order entered by this court, the case should be remitted to the Special Term where evidence may be taken as to the social and financial condition of the respective parties, their character and fitness for the charge of guardianship. On consideration we think it better not to act finally on the face of the petition, return and affidavits. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur. [See *People ex rel. Holliday* v. *Sherwood, ante,* p. 841.]

PIUS A. VAGNIER, Appellant, v. AMBROSE A. SCOULER and MARY A. FOLLMAR. Respondents.— Judgment unanimously affirmed, with costs. No opinion, Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

BROOKLYN TRUST COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion granted, without costs. Present — Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ.